UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-10041 MRW | Date | March 16, 2022 |
|---|---|---|---|
| Title | United African-Asian Abilities Club v. Palani Group No. 6 | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica Piper | | None |
| Deputy Clerk | | Court Smart / Reporter |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| None Present | | None Present |

**Proceedings:**   **ORDER DISMISSING CASE**

Plaintiff filed a notice voluntarily dismissing this case. (Docket 13). This action is dismissed with prejudice.

Initials of Preparer    :    vp